

# THE THIRTEENTH COURT OF APPEALS

## 13-19-00209-CV

Ex Parte A.G.J.

On Appeal from the
197th District Court of Cameron County, Texas
Trial Cause No. 2018-DCL-05075-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be AFFIRMED IN PART AND REVERSED AND RENDERED IN PART. The Court orders the judgment of the trial court AFFIRMED IN PART AND REVERSED AND RENDERED IN PART consistent with its opinion. Costs of the appeal are adjudged 50% against appellee. No costs are assessed against appellant as appellant is exempt from payment.

We further order this decision certified below for observance.

April 23, 2020